STATE OF NEW JERSEY v. DENIS ADDONIZIO.

October 14, 1980.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division for consideration of the appeal on the merits. Jurisdiction is not retained.

HAROLD STEWART v. 104 WALLACE STREET, INC., A CORPORATION OF THE STATE OF NEW JERSEY, T/A ERNIE'S TAVERN, AND JAY-NAN CORPORATION, A CORPORATION OF THE STATE OF NEW JERSEY.

October 14, 1980.

Certification to Superior Court, Law Division is granted.

IN THE MATTER OF THE PETITION OF JERSEY CENTRAL POWER & LIGHT COMPANY FOR AN APPROVAL OF AN AMENDMENT TO ITS TARIFF FOR ELECTRIC SERVICE AND FOR AMENDMENT TO THE ENERGY ADJUSTMENTS CLAUSE AND FACTOR IN SAID TARIFF FOR SUCH SERVICE.

October 14, 1980.

Certification to Board of Public Utilities is granted.